# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## S 100, Inc. v. Joel Oge Odili

## Civil Action No. TDC-22-0411

## Joint Record to Defendant's Motion to Dismiss

**INDEX TO JOINT RECORD**

| **Exhibit Number** | **Exhibit Title** |
|---|---|
| Exhibit 1 | District Court of Maryland Complaint – S100 Inc. v. Odili (November 14, 2019) |
| Exhibit 2 | District Court of Maryland Complaint – S100 Inc. v. Odili (November 19, 2020) |
| Exhibit 3 | Maryland Judiciary Case Search Printout -- S100 Inc. v. Odili (November 14, 2019) |
| Exhibit 4 | Maryland Judiciary Case Search Printout -- S100 Inc. v. Odili (November 19, 2020) |
| Exhibit 5 | Declaration of Joel Oge Odili |
| Exhibit 6 | Affidavit of Service by Private Process |
| Exhibit 7 | Declaration of Julia McDonough |
| Exhibit 8 | Affidavit of James McIntyre |